JOSEPH B. PENNELL et al., Respondents, *v.* CHARLES L. BUCKI, Appellant.

*Pennell* v. *Bucki,* 5 App. Div. 623, affirmed.
(Argued March 9, 1899; decided March 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May

13, 1896, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*A. A. Greenhut* and *Leopold Wallach* for appellant.

*Joseph F. Daly* for respondents.

Judgment and order affirmed, with costs; no opinion. All concur.